UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WINDWOOD OAKS
TAMPA APARTMENTS, LTD.,

    Plaintiff,

v.                                              CASE NO. 8:19-cv-203-T-23AAS

GENESTA MCCALL,

    Defendant.
_____/

## **ORDER**

Genesta McCall removes (Doc. 1) Windwood Oaks' eviction action and moves to proceed *in forma pauperis*. Windwood Oaks moves (Doc. 5) to remand, and McCall fails to object. The magistrate judge recommends (Doc. 6) denying McCall's motion to proceed *in forma pauperis* and recommends remanding the action. More than fourteen days has passed, and no party objects. The report and recommendation (Doc. 6) is **ADOPTED**. For the reasons stated in the report and recommendation, McCall's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**,

and this action is **REMANDED**.  The clerk is directed to mail a certified copy of this order to the clerk of the County Court, Hillsborough County and to **CLOSE** the case.

ORDERED in Tampa, Florida, on February 26, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE